## People of the State of Illinois, Defendant in Error, v. Albert E. Stolfo, Plaintiff in Error.

### Gen. No. 48,426.

First District, First Division.
October 16, 1961.
Rehearing denied November 2, 1961.

Julius Lucius Echeles, Dean Wolfson and Jack Marcus, all of Chicago, for appellant; Daniel P. Ward, State's Attorney, Cook County (John T. Gallagher and M. Robert Ostrow, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. JUSTICE BURMAN. Not to be published in full.